**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| RICK SIMS | CIVIL ACTION NO. 26-3884 |
| VERSUS | JUDGE HICKS |
| HOUSING ASSISTANCE COUNCIL, ET. AL. | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM ORDER

Before the Court is Plaintiff's "Motion for Temporary Restraining Order and Preliminary Injunction." Record Document 4. To obtain the relief he seeks, Plaintiff would have to show (1) a substantial likelihood of success on the merits, (2) a substantial threat of irreparable injury absent an injunction, (3) that the threatened injury would exceed any harm that would flow from the injunction, and (4) that the injunction would not undermine the public interest. Walgreen Co. v. Hood, 275 F.3d 475, 477 (5th Cir. 2001). Based upon the allegations set forth in the Complaint (Record Document 1) and the "Motion for Temporary Restraining Order and Preliminary Injunction" (Record Document 4), the Court is unable to find that Plaintiff has a substantial likelihood of success on the merits at this time. Because Plaintiff has failed to make such a showing, the Motion for Temporary Restraining Order and Preliminary Injunction is **DENIED.**

Once the Defendant has appeared, the Court will take up further proceedings regarding Plaintiff's Motion for a Preliminary Injunction.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 1st day of October, 2026.

S. Maurice Hicks, Jr.
United States District Judge